ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jessica Szabo _____

_____

_____
              Plaintiff,

[Insert full name of plaintiff/prisoner]

RECEIVED JAN 2 0 2017 PRO SE OFFICE

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

MISC 17 219

JURY DEMAND
YES ✓   NO ____

-against-

Legal Aid Society, County of
Richmond, Karen Hamberlin,
Samantha Smalls, "Doe", new
York City Corrections, City of
New York + State of new
York.
            Defendant(s).

CHEN, J.

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I].

I.   **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

  A.   **Name of plaintiff** Jessica Szabo

If you are incarcerated, provide the name of the facility and address:

Rikers Island Rose M. Singer Center (IEA)
19-19 Hazen Street E. Elmhurst, NY 11370
_____

Prisoner ID Number: 6001600582

1

If you are not incarcerated, provide your current address:

N/A

Telephone Number: N/A

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Legal Aid Society
Full Name

N/A
Job Title

60 Bay Street
S.I., N.Y. 10301
Address

Defendant No. 2

County of Richmond
Full Name

N/A
Job Title

130 Stuyvesant Pl.
S.I., N.Y. 10301
Address

Defendant No. 3

Karen Hamberlin
Full Name

Attorney
Job Title

60 Bay Street

2

S.I., N.Y. 10301
**Address**

Defendant No. 4

Samantha Smalls
**Full Name**

Attorney
**Job Title**

60 Bay Street
S.I., N.Y. 10301
**Address**

Defendant No. 5

"Doe"
**Full Name**

Director of Mental Health
**Job Title**

Unk
**Address**

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Supreme Court of Richmond County, Supreme County of Kings County, Rikers Island

When did the events happen? (include approximate time and date) On or about April 2016 through Nov. 22nd, 2016.

Defendant No. 6
New York City Corrections
19-19 Hazen Street
E. Elmhurst, NY 11370
Defendant No. 7
City of New York
100 Church Street
N.Y., N.Y. 10007
Defendant No. 8
State of New York
120 Boardway, 24th Floor
N.Y., N.Y. 10271

4

Facts: (what happened?) The Plaintiff was improperly examined by a Psychiatrist and a Psychologist at Supreme Court in Brooklyn County without an order of examination. The Plaintiff was then unlawfully and illegally committed from June 2016 to October 2016. On or about November 15th, 2016 the Plaintiff was once again unlawfully and illegally committed with an order of examination, without no psychiatric examinations. As per CPL 730 there must be orders of examination, the Plaintiff must have been examined where she was being held in custody and not in the Court house and the Plaintiff must have been examined a second time before being committed by different psychiatric examiners. Defendants allowed this to happen, failed to intervene on behalf of the Plaintiff and failed to put the Plaintiff on notice about her indictment hearing, leaving the Plaintiff unable to attend.

---

**II.A.   Injuries.**   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

False imprisonment, mental anguish, libel, emotional distress, obesity, slander, defamation of character, sexually assault, physical assault, identity theft and safety of my life.

---

5

Please reference to filed case in the United States District Court Southern District of New York. Docket No. 16-CV-7293(VB) Jessica Szabo, et. al. v. Joseph Freebern, et. al.

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

Bar the Defendants from illegally examining the Plaintiff, Bar the Defendants from illegally committing the Plaintiff, Bar the Defendants from using the Plaintiff's name Jessica Graham, Order the Defendants to use Jessica Szabo as the Plaintiff's name, Order the Defendants to pay the Plaintiff $50,000,000.00 each Defendant.

I declare under penalty of perjury that on 11/11/16 (date), I delivered this complaint to prison authorities at Rikers Island (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/30/16

Jessica Szabo
Signature of Plaintiff

Rikers Island
Name of Prison Facility or Address if not incarcerated

Rose M. Singer Center (1EA)
19-19 Hazen Street
E. Elmhurst, NY 11370
Address

60016000528
Prisoner ID#

rev. 12/1/2015

6